**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                  Case No. 05-cr-114-01-PB

<u>Angela Hearn</u>

<u>**O R D E R**</u>

The defendant has moved to continue the September 7, 2005 trial in the above case. Defendant cites the need for additional time to complete and drug treatment program and engage in plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 7, 2005 to December 6, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The August 31, 2005  final pretrial conference is continued until November 21, 2005 at 3:30 p.m.

    SO ORDERED.

                                           /s/Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

August 18, 2005

cc:   Jonathan R. Saxe, Esq.
      Robert Kinsella, AUSA
      United States Probation
      United States Marshal